WALTER H. JOHNSON, Appellant, v. AMERICAN DRUG AND PRESS ASSOCIATION, INC., Respondent.— Order denying motion to set aside verdict reversed upon the law and a new trial granted, with costs to abide the event.   The record does not show that the action commenced by the plaintiff against his employer by the mere service of a summons was either wanton or malicious, or that the fact of such service caused the employer any annoyance or embarrassment.   Neither is there any evidence that the plaintiff was discharged because the summons was served.   On the proof as it stood at the close of the plaintiff's case, the defendant having offered no evidence was not entitled to have the question of justification for the discharge submitted to the jury.   Rich, Manning and Young, JJ., concur; Kelly, P. J., and Jaycox, J., dissent.

FRANK W. KENTON, Respondent, v. JOHN GLACKNER REALTY CORPORATION, Appellant.— Judgment and order unanimously affirmed, with costs.   No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

MICHAEL M. KESHIN, Respondent, v. E. J. REALTY CO., INC., and Others, Appellants, Impleaded with Others, Defendants.— Order removing action affirmed, with ten dollars costs and disbursements.   No opinion.   Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

MILDRED KESSLER, Respondent, v. CHARLES A. KANZER, Appellant.— Judgment and order unanimously affirmed, with costs.   No opinion.   Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

MARY KROMER, Respondent, v. GUSTAVE W. HOELZER, Appellant.— Judgment and order denying new trial reversed upon the law and the facts, and a new trial granted, costs to appellant to abide the event, on the ground that the charge to the jury did not properly state the law as to the freedom from liability of the defendant in the case of an unavoidable accident.   Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

DANIEL, J. LEARY, Respondent, v. FREDERICK GELLER, as Executor, etc., of MARY C. LEARY, Deceased, Appellant.— Reargument ordered and case set down for Monday, March 1, 1926.

ANNA LOEFFLER, as Administratrix, etc., of MARTIN L. LOEFFLER, Deceased, Respondent, v. NEW YORK RAPID TRANSIT CORPORATION, Appellant.— Judgment unanimously affirmed, with costs.   No opinion.   Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

WALTER J. MADDEN, Respondent, v. FRANK BARRANCO, Appellant.— Judgment and order unanimously affirmed, with costs.   No opinion.   Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.